Case: **2:25−cv−02046**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **1/15/2025**
Description: **In Re: Guardianship of Kijani A. et al v. Memphis Police Department et al**